**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br>    Plaintiff,<br><br>v.<br><br>THE PRICELINE GROUP INC., et al.,<br>    Defendants. | § § § § § § § § § § § § <br>Civil Action No. 15-cv-00137-LPS-CJB |

## DEFENDANTS' MOTION TO DISMISS

Defendants KAYAK Software Corporation, OpenTable Inc., The Priceline Group Inc., and Priceline.com LLC (collectively "Defendants") jointly move to dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(6).

The specific grounds are set forth in the Memorandum of Law in Support of Defendants' Motion to Dismiss accompanying the filing of this Motion.

| | |
|---|---|
| Dated: May 4, 2015 | */s/ Francis DiGiovanni* |
| | Francis DiGiovanni (#3189) |
| | Thatcher A. Rahmeier (#5222) |
| | DRINKER BIDDLE & REATH LLP |
| | 222 Delaware Avenue, Suite 1410 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 467-4200 |
| | francis.digiovanni@dbr.com |
| | thatcher.rahmeier@dbr.com |
| | |
| | Dan D. Davison |
| | NORTON ROSE FULBRIGHT US LLP |
| | 2200 Ross Ave., Suite 3600 |
| | Dallas, TX 75201 |
| | Tel: 214.855.8000 |
| | Fax: 214.855.8200 |
| | dan.davison@nortonrosefulbright.com |
| | |
| | Richard S. Zembek |
| | NORTON ROSE FULBRIGHT US LLP |
| | Fulbright Tower |
| | 1301 McKinney, Suite 5100 |
| | Houston, TX 77010 |
| | Tel: 713.651.5283 |
| | Fax: 713.651.5246 |
| | richard.zembek@nortonrosefulbright.com |
| | |
| | Gilbert A. Greene |
| | NORTON ROSE FULBRIGHT US LLP |
| | 98 San Jacinto Boulevard, Suite 1100 |
| | Austin, TX 78701 |
| | Tel: 512.474.5201 |
| | Fax: 512.536.4598 |
| | bert.greene@nortonrosefulbright.com |
| | |
| | *Attorneys for Defendants The Priceline Group Inc., Priceline.com LLC, KAYAK Software Corporation, and OpenTable, Inc.* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br>　　　Plaintiff,<br><br>v.<br><br>THE PRICELINE GROUP INC., et al.,<br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§ Civil Action No. 15-cv-00137-LPS-CJB<br>§<br>§<br>§<br>§<br>§ |

## **ORDER**

　　IT IS HEREBY ORDERED, this ___ day of _____, 2015, that Defendants' Motion to Dismiss is GRANTED, and this action is dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6).

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

## **CERTIFICATE OF SERVICE**

I certify that on May 4, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants. In addition, the foregoing will be served upon counsel of record via electronic mail.

*/s/ Francis DiGiovanni*
Francis DiGiovanni

80861607.1