**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br>    Plaintiff,<br><br>v.<br><br>THE PRICELINE GROUP INC., et al.,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    Civil Action No. 15-cv-00137-LPS-CJB |

## **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants The Priceline Group Inc., KAYAK Software Corporation, OpenTable, Inc., and Priceline.com LLC submit this Rule 7.1 Disclosure Statement and state as follows:

1.    The Priceline Group Inc. discloses that it is a publicly-held corporation that has no parent corporation. There is no publicly held corporation owning 10% or more of its stock.

2.    Priceline.com LLC discloses that it is a wholly-owned subsidiary of The Priceline Group Inc. No other corporate parents or publicly held corporations own 10% or more of its stock.

3.    KAYAK Software Corporation discloses that it is a wholly-owned subsidiary of The Priceline Group Inc. No other corporate parents or publicly held corporations own 10% or more of its stock.

4.    OpenTable, Inc. discloses that it is a wholly-owned subsidiary of The Priceline Group Inc. No other corporate parents or publicly held corporations own 10% or more of its stock.

| | |
|---|---|
| Dated:  May 4, 2015 | Respectfully submitted,<br><br>*/s/ Francis DiGiovanni*<br>Francis DiGiovanni (#3189)<br>Thatcher A. Rahmeier (#5222)<br>DRINKER BIDDLE & REATH LLP<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>francis.digiovanni@dbr.com<br>thatcher.rahmeier@dbr.com<br>Tel: (302) 467-4200<br>Fax: (302) 467-4201<br><br>Dan D. Davison<br>NORTON ROSE FULBRIGHT US LLP<br>2200 Ross Ave., Suite 3600<br>Dallas, TX 75201<br>Tel: 214.855.8000<br>Fax: 214.855.8200<br>dan.davison@nortonrosefulbright.com<br><br>Richard S. Zembek<br>NORTON ROSE FULBRIGHT US LLP<br>Fulbright Tower<br>1301 McKinney, Suite 5100<br>Houston, TX 77010<br>Tel: 713.651.5283<br>Fax: 713.651.5246<br>richard.zembek@nortonrosefulbright.com<br><br>Gilbert A. Greene<br>NORTON ROSE FULBRIGHT US LLP<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, TX 78701<br>Tel: 512.474.5201<br>Fax: 512.536.4598<br>bert.greene@nortonrosefulbright.com<br><br>*Attorneys for Defendants The Priceline Group Inc., Priceline.com LLC, KAYAK Software Corporation, and OpenTable, Inc.* |

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on May 4, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.  In addition, the foregoing will be served upon counsel of record via electronic mail.

                                            */s/ Francis DiGiovanni*
                                            Francis DiGiovanni

80861844.1