# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, §§§§ Plaintiff, § § v. § § Civil Action No. 15-cv-00137-LPS-CJB THE PRICELINE GROUP INC., et al., § Defendants. §§§§ | |

INTERNATIONAL BUSINESS MACHINES CORPORATION,
    Plaintiff,

v.

THE PRICELINE GROUP INC., et al.,
    Defendants.

Civil Action No. 15-cv-00137-LPS-CJB

## DEFENDANTS' MOTION TO STAY PENDING RESOLUTION OF DEFENDANTS' MOTION TO DISMISS

Defendants KAYAK Software Corporation, OpenTable Inc., Priceline Group Inc., and Priceline.com LLC (collectively, "Defendants") jointly move to stay this action pending resolution of Defendants' Motion to Dismiss. (D.I. 18, 19.)

The specific grounds are set forth in the Opening Brief in Support of Defendants' Motion to Stay Pending Resolution of Defendants' Motion to Dismiss accompanying the filing of this Motion.

| | |
|---|---|
| Dated: July 2, 2015 | */s/ Francis DiGiovanni* |

                                         Francis DiGiovanni (#3189)
                                         Thatcher A. Rahmeier (#5222)
                                         DRINKER BIDDLE & REATH LLP
                                         222 Delaware Avenue, Suite 1410
                                         Wilmington, DE 19801
                                         Telephone:  (302) 467-4200
                                         francis.digiovanni@dbr.com
                                         thatcher.rahmeier@dbr.com

                                         Dan D. Davison
                                         NORTON ROSE FULBRIGHT US LLP
                                         2200 Ross Ave., Suite 3600
                                         Dallas, TX 75201
                                         Tel: 214.855.8000
                                         Fax: 214.855.8200
                                         dan.davison@nortonrosefulbright.com

                                         Richard S. Zembek
                                         NORTON ROSE FULBRIGHT US LLP
                                         Fulbright Tower
                                         1301 McKinney, Suite 5100
                                         Houston, TX 77010
                                         Tel: 713.651.5283
                                         Fax: 713.651.5246
                                         richard.zembek@nortonrosefulbright.com

                                         Gilbert A. Greene
                                         Marwan Elrakabawy
                                         NORTON ROSE FULBRIGHT US LLP
                                         98 San Jacinto Boulevard, Suite 1100
                                         Austin, TX 78701
                                         Tel: 512.474.5201
                                         Fax: 512.536.4598
                                         bert.greene@nortonrosefulbright.com
                                         marwan.elrakabawy@nortonrosefulbright.com

                                         *Attorneys for Defendants The Priceline*
                                         *Group Inc., Priceline.com LLC, Kayak*
                                         *Software Corporation, and OpenTable, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br>    Plaintiff,<br><br>v.<br><br>THE PRICELINE GROUP INC., et al.,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§ Civil Action No. 15-cv-00137-LPS-CJB<br>§<br>§<br>§<br>§<br>§ |

## **ORDER**

IT IS HEREBY ORDERED, this ___ day of _____, 2015, that this action is STAYED pending resolution of Defendants' Motion to Dismiss (D.I. 18, 19).

_____
United States Magistrate Judge

## 7.1.1 CERTIFICATION

I hereby certify that a reasonable effort has been made to reach agreement with counsel for Plaintiff on the matters set forth in the motion. The parties are at an impasse because Plaintiff opposes the relief requested by Defendants

*/s/ Francis DiGiovanni*
Francis DiGiovanni

## CERTIFICATE OF SERVICE

I certify that on July 2, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants. In addition, the foregoing will be served upon counsel of record via electronic mail.

*/s/ Francis DiGiovanni*
Francis DiGiovanni

80861607.1