## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>                Plaintiff,<br><br>    v.<br><br>THE PRICELINE GROUP INC., KAYAK SOFTWARE CORPORATION, OPENTABLE, INC., and PRICELINE.COM LLC,<br><br>                Defendants. | C.A. No. 15-137-LPS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of **KAYAK'S FOURTH AMENDED SUPPLEMENTAL DISCLOSURES PURSUANT TO FRCP 26(a)(1)** was served on September 14, 2016, via electronic mail upon the following counsel of record:

| | |
|---|---|
| Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market St.<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000<br>rhorwitz@potteranderson.com;<br>dmoore@potteranderson.com;<br>bpalapura@potteranderson.com | Karim Oussayef<br>Laurie Stempler<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 351-3400<br>koussayef@desmaraisllp.com<br>lstempler@desmaraisllp.com |

Dated: September 14, 2016

*Of Counsel:*

Dan D. Davison
NORTON ROSE FULBRIGHT US LLP
2200 Ross Ave., Suite 3600
Dallas, TX 75201
Tel: 214.855.8000
Fax: 214.855.8200
dan.davison@nortonrosefulbright.com

Richard S. Zembek
NORTON ROSE FULBRIGHT US LLP
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX 77010
Tel: 713.651.5283
Fax: 713.651.5246
richard.zembek@nortonrosefulbright.com

Gilbert A. Greene
Marwan Elrakabawy
W. Andrew Liddell
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701
Tel: 512.474.5201
Fax: 512.536.4598
bert.greene@nortonrosefulbright.com
marwan.elrakabawy@nortonrosefulbright.com
andrew.liddell@nortonrosefulbright.com

86319254.1

*/s/ Thatcher A. Rahmeier*
Francis DiGiovanni (#3189)
Thatcher A. Rahmeier (#5222)
DRINKER BIDDLE & REATH LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 467-4200
francis.digiovanni@dbr.com
thatcher.rahmeier@dbr.com

*Attorneys for Defendants The Priceline Group Inc., Priceline.com LLC, Kayak Software Corporation, and OpenTable, Inc.*