# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE PRICELINE GROUP INC., KAYAK SOFTWARE CORPORATION, OPENTABLE, INC., AND PRICELINE.COM LLC<br><br>Defendants. | C.A. No. 15-137-LPS<br><br>**JURY TRIAL DEMANDED** |

## **STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER**

Plaintiff International Business Machines Corporation ("IBM") and Defendants the Priceline Group Inc., KAYAK Software Corporation, OpenTable, Inc., and priceline.com LLC ("Defendants") jointly stipulate, subject to the approval of the Court, that the schedule set forth in this Court's Scheduling Order (D.I. 65) and amendments thereto dated July 12, 2016 (D.I. 133) and November 1, 2016 (D.I. 237) is further amended as follows:

| **Event** | **Current Date** | **Revised Date** |
|---|---|---|
| Rebuttal Expert Reports | January 9, 2017 | January 16, 2017 |
| Close of Expert Discovery | January 27, 2017 | February 3, 2017 |
| Opening Dispositive Motion and *Daubert* Briefs | February 6, 2017 | February 13, 2017 |
| Responsive Dispositive Motion and *Daubert* Briefs | February 20, 2017 | February 27, 2017 |
| Reply Dispositive Motion and *Daubert* Briefs | February 27, 2017 | March 6, 2017 |

2

The parties jointly stipulate that all other deadlines and provisions in the Scheduling Order and amendments thereto remain unchanged, including the following date:

| Event | Current Date |
|---|---|
| Dispositive and *Daubert* Hearing | March 28, 2017, 9am |

POTTER ANDERSON & CORROON LLP

By: */s/ Bindu A. Palapura*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Stephanie E. O'Byrne (#4446)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    sobyrne@potteranderson.com

*Attorneys for Plaintiff International Business Machines Corporation*

Dated: December 21, 2016

DRINKER BIDDLE & REATH LLP

By: */s/ Francis DiGiovanni*
    Francis DiGiovanni (#3189)
    Curt M. Lambert (#4882)
    Thatcher A. Rahmeier (#5222)
    222 Delaware Avenue, Suite 1410
    Wilmington, DE 19801
    Tel: (302) 467-4200
    francis.digiovanni@dbr.com
    curt.lambert@dbr.com
    thatcher.rahmeier@dbr.com

*Attorneys for Defendants The Priceline Group Inc., Kayak Software Corporation, Opentable, Inc., Priceline.com LLC*

IT IS SO ORDERED, this _____ day of December, 2016.

                                                  Leonard P. Stark, Chief Judge