IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | C.A. No. 15-137-LPS **JURY TRIAL DEMANDED** |
| THE PRICELINE GROUP INC., KAYAK SOFTWARE CORPORATION, OPENTABLE, INC., AND PRICELINE.COM LLC | ) ) ) ) ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

Having considered Plaintiff IBM's Motion for Leave to File a Summary Judgment Motion Outside the Time Prescribed by the Court's Scheduling Order and for Expedited Briefing, the Court has determined that the Motion should be GRANTED.

Accordingly, IT IS HEREBY ORDERED that Plaintiff IBM's Motion for Summary Judgment of No Invalidity of the Asserted Claims of U.S. Patent No. 7,072,849 in view of the Salomon Thesis was filed on March 31, 2017. Defendants' Opposition Brief is due April 7, 2017, and Plaintiff's Reply Brief is due April 10, 2017.

SO ORDERED, this 3rd day of April, 2017.

_____
THE HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT CHIEF JUDGE

The parties shall be prepared to address the pending motions to strike (D.I. 382, 386) at the hearing scheduled for Wednesday, April 12, 2017.