IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE PRICELINE GROUP INC., KAYAK SOFTWARE CORPORATION, OPENTABLE, INC., AND PRICELINE.COM LLC<br><br>Defendants. | C.A. No. 15-137-LPS<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER**

In light of the Court's May 15, 2017 order granting Defendants' request to move the jury trial for the above-captioned matter from August 14, 2017 to January 22, 2018, Plaintiff International Business Machines Corporation ("IBM") and Defendants The Priceline Group Inc., KAYAK Software Corporation, OpenTable, Inc., and priceline.com LLC ("Defendants") jointly stipulate, subject to the approval of the Court, that the schedule set forth in this Court's Scheduling Order (D.I. 65), as amended July 12, 2016 (D.I. 133), November 1, 2016 (D.I. 237), and November 22, 2016 (D.I. 259), is further amended as follows:

| Event | Current Date | Revised Date |
|---|---|---|
| Final Joint Proposed Pretrial Order | June 30, 2017 | ~~One week before the pretrial conference~~ Dec. 22, 2017 |
| Proposed voir dire, preliminary jury instructions, special verdict forms | July 3, 2017 | ~~Three business days before the pretrial conference~~ Dec. 22, 2017 |
| Pretrial Conference | July 7, 2017 | ~~December ___, 2017 at ___ am/pm~~ January 4, 2018 at 3 pm (subject to the Court's availability) |
| Jury Trial | August 14, 2018 | January 22, 2018 |

/s/ David E. Moore
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Plaintiff International Business Machines Corporation*

Dated: May 22, 2017
5197139 / 42141

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Curt M. Lambert (#4882)
Thatcher A. Rahmeier (#5222)
DRINKER BIDDLE & REATH LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 467-4200
francis.digiovanni@dbr.com
curt.lambert@dbr.com
thatcher.rahmeier@dbr.com

*Attorneys for Defendants The Priceline Group Inc., KAYAK Software Corporation, OpenTable, Inc., Priceline.com LLC*

IT IS SO ORDERED, this 30th day of May, 2017.

_____
Leonard P. Stark, Chief Judge