**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE PRICELINE GROUP INC., )<br>KAYAK SOFTWARE CORPORATION, )<br>OPENTABLE, INC., AND )<br>PRICELINE.COM LLC, )<br>)<br>Defendants. ) | C.A. No. 15-137-LPS |

## NOTICE OF IPR FINAL DECISIONS PERTAINING TO U.S. PATENT 7,631,346

Defendants The Priceline Group Inc., KAYAK Software Corporation, OpenTable, Inc., and Priceline.com LLC (collectively, "Defendants") hereby submit the attached two Final Written Decisions from the USPTO PTAB. Both decisions pertain to United States Patent No. 7,631,346 ("the '346 patent"), which is one of the four patents-in-suit in this litigation. The decisions are briefly summarized as follows:

- **IPR2016-00608**: The PTAB found that Defendants demonstrated by a preponderance of the evidence that claims 1, 3, 12, 14, 15, and 18 of the '346 patent are unpatentable under 35 U.S.C. § 102 as anticipated by a publication called Sunada. *See* Exhibit A hereto.

- **IPR2016-00609**: The PTAB found that Defendants demonstrated by a preponderance of the evidence that claims 1, 3, 12, 13, 15, and 18 of the '346 patent are unpatentable under 35 U.S.C. § 102 as anticipated by a publication called Mellmer. *See* Exhibit B hereto.

Defendants note that for both of these Final Decisions, IBM still has the ability to file a Request for Rehearing with the PTAB (due in early September) or a Notice of Appeal to the Federal Circuit (due in early October).

Counsel for Defendants is available should the Court wish to discuss the above matters.

Dated:  August 21, 2017

*Of Counsel:*

Dan D. Davison
NORTON ROSE FULBRIGHT US LLP
2200 Ross Ave., Suite 3600
Dallas, TX 75201
(214) 855-8000
dan.davison@nortonrosefulbright.com

Richard S. Zembek
Daniel S. Leventhal
Daniel A. Prati
NORTON ROSE FULBRIGHT US LLP
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX 77010
(713) 651-5151
richard.zembek@nortonrosefulbright.com
daniel.leventhal@nortonrosefulbright.com
dan.prati@nortonrosefulbright.com

Gilbert A. Greene
Marwan Elrakabawy
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701
(512) 474-5201
bert.greene@nortonrosefulbright.com
marwan.elrakabawy@nortonrosefulbright.com

*/s/  Francis DiGiovanni*
Francis DiGiovanni (#3189)
M. Curt Lambert (#4882)
Thatcher A. Rahmeier (#5222)
DRINKER BIDDLE & REATH LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 467-4200
francis.digiovanni@dbr.com
curt.lambert@dbr.com
thatcher.rahmeier@dbr.com

*Attorneys for Defendants The Priceline Group Inc., Priceline.com LLC, KAYAK Software Corporation, and OpenTable, Inc.*