# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 15-137-LPS |
| v. | ) ) ) | **JURY TRIAL DEMANDED** |
| THE PRICELINE GROUP INC., KAYAK SOFTWARE CORPORATION, OPENTABLE, INC., AND PRICELINE.COM LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF PARTIAL DISMISSAL AND ORDER

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff International Business Machines and Defendants The Priceline Group Inc., KAYAK Software Corporation, OpenTable, Inc., and priceline.com LLC hereby stipulate that all claims in the above-captioned action insofar as they relate to U.S. Patent Nos. 5,796,967, 5,961,601, and 7,631,346 are hereby dismissed with prejudice and all counterclaims and defenses are dismissed without prejudice. Each side shall bear its own costs, expenses, and attorneys' fees.

|  |  |
|---|---|
|  | Respectfully submitted, |
| POTTER ANDERSON & CORROON LLP | DRINKER BIDDLE & REATH LLP |
| */s/ Bindu A. Palapura* | */s/ Francis DiGiovanni* |
| David E. Moore (#3983) | Francis DiGiovanni (#3189) |
| Bindu A. Palapura (#5370) | Thatcher A. Rahmeier (#5222) |
| Stephanie E. O'Byrne (#4446) | 222 Delaware Avenue, Suite 1410 |
| Hercules Plaza, 6th Floor | Wilmington, DE 19801 |
| 1313 N. Market Street | Tel: (302) 467-4200 |
| Wilmington, DE 19801 | francis.digiovanni@dbr.com |
| Tel: (302) 984-6000 | thatcher.rahmeier@dbr.com |
| dmoore@potteranderson.com |  |
| bpalapura@potteranderson.com | *Attorney for Defendants* |
| sobyrne@potteranderson.com |  |

*Attorneys for Plaintiff*

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| John M. Desmarais<br>Karim Z. Oussayef<br>Laurie Stempler<br>Robert C. Harrits<br>Brian Matty<br>Michael Matulewicz-Crowley<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 351-3400 | Dan D. Davison<br>NORTON ROSE FULBRIGHT US LLP<br>2200 Ross Ave., Suite 3600<br>Dallas, TX 75201<br>Tel: (214) 855-8000<br><br>Richard S Zembek<br>Daniel S. Leventhal<br>NORTON ROSE FULBRIGHT US LLP<br>Fulbright Tower<br>1301 McKinney, Suite 5100<br>Houston, TX 77010<br>Tel: (713) 651-5283<br><br>Marwan Elrakabawy<br>W. Andrew Liddell<br>NORTON ROSE FULBRIGHT US LLP<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, TX 78701<br>Tel: (512) 474-5201 |

**IT IS SO ORDERED**, this _____ day of _____, 201__.

_____
THE HONORABLE LEONARD P. STARK, CHIEF JUDGE