# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 15-137-LPS |
| v. | ) ) ) | **JURY TRIAL DEMANDED** |
| THE PRICELINE GROUP INC., KAYAK SOFTWARE CORPORATION, OPENTABLE, INC., AND PRICELINE.COM LLC, | ) ) ) ) ) | **PUBLIC VERSION** |
| Defendants. | ) | |

## LETTER TO THE HONORABLE LEONARD P. STARK
## FROM BINDU A. PALAPURA

OF COUNSEL:

John M. Desmarais
Karim Z. Oussayef
Laurie N. Stempler
Robert C. Harrits
Brian D. Matty
Michael Matulewicz-Crowley
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400

Dated: December 27, 2017
Public Version Dated: January 5, 2018
5594402 / 42141

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Plaintiff*
*International Business Machines Corporation*



1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984 6000
www.potteranderson.com

**Bindu A. Palapura**
Attorney at Law
bpalapura@potteranderson.com
302 984-6092  Direct Phone
302 658-1192  Fax

December 27, 2017; Public Version Dated: January 5, 2018

**VIA ELECTRONIC-FILING**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware           **PUBLIC VERSION**
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

    Re:   *International Business Machines Corporation v. The Priceline Group Inc., et al.*,
          C.A. No. 15-137-LPS

Dear Chief Judge Stark:

    I write to follow up on the December 21, 2017 teleconference with the Court and to inform the Court that the parties have fully executed their settlement agreement.  As a result, the parties agree that the pretrial and trial dates are no longer necessary and can be taken off calendar.  The parties will now begin the steps of dismissing the case in stages, as discussed during the December 21 teleconference.

                                  Respectfully,

                                  */s/ Bindu A. Palapura*

                                  Bindu Palapura

BAP/msb/5594402/42141
cc:    Clerk of the Court (via hand delivery)
         Counsel of Record (via electronic mail)