# United States Court of Appeals for the Federal Circuit

---

**INTERNATIONAL BUSINESS MACHINES CORPORATION,**
*Plaintiff-Appellant*

v.

**BOOKING HOLDINGS INC., FKA PRICELINE GROUP INC., KAYAK SOFTWARE CORPORATION, OPENTABLE, INC., PRICELINE.COM LLC,**
*Defendants-Appellees*

---

2018-1574

---

Appeal from the United States District Court for the District of Delaware in No. 1:15-cv-00137-LPS, Chief Judge Leonard P. Stark.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered May 22, 2019, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

September 17, 2019 /s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court