

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**Bindu A. Palapura**
Attorney at Law
bpalapura@potteranderson.com
302 984-6092 Direct Phone
302 658-1192 Fax

October 25, 2019

**VIA ELECTRONIC-FILING**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

    Re:  *International Business Machines Corporation v. Priceline Group Inc., et al.*,
         C.A. No. 15-137-LPS

Dear Chief Judge Stark:

    Pursuant to the Court's September 30, 2019 Order (D.I. 572), Plaintiff International Business Machines Corporation ("IBM") and Defendants Booking Holdings Inc. (f/k/a The Priceline Group Inc.), priceline.com LLC, KAYAK Software Corporation, and OpenTable, Inc. (collectively, "Defendants") submit the following report on the status of the above-captioned litigation.

    IBM does not intend to petition the Supreme Court for a Writ of Certiorari to review the Federal Circuit's decision affirming this Court's judgment of noninfringement. (D.I. 567.) Given IBM's decision, the parties will shortly file a Joint Stipulation of Dismissal and Order, stipulating that all remaining claims in the above-captioned action (relating to U.S. Patent No. 7,072,849) are dismissed with prejudice and all counterclaims and defenses in the above-captioned action are dismissed without prejudice.

    Respectfully,

    */s/ Bindu A. Palapura*

    Bindu A. Palapura

BAP:msb/6454934/42141

cc:    Clerk of the Court (via hand delivery)
        Counsel of Record (via electronic mail)