**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE PRICELINE GROUP INC., KAYAK SOFTWARE CORPORATION, OPENTABLE, INC., AND PRICELINE.COM LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 15-137-LPS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL AND ORDER

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff International Business Machines and Defendants Booking Holdings Inc. (f/k/a The Priceline Group Inc.), KAYAK Software Corporation, OpenTable, Inc., and priceline.com LLC hereby stipulate that all claims between the Parties and their Subsidiaries in the Litigation in the above-captioned action are hereby dismissed with prejudice and all affirmative defenses and counterclaims are hereby dismissed without prejudice. Each side shall bear its own costs, expenses, and attorneys' fees.

| | Respectfully submitted, |
|---|---|
| **POTTER ANDERSON & CORROON LLP** | **DRINKER BIDDLE & REATH LLP** |
| By: */s/ Bindu A. Palapura* <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Stephanie E. O'Byrne (#4446) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br> sobyrne@potteranderson.com <br><br> *Attorneys for Plaintiff International Business Machines Corporation* | By: */s/ Francis DiGiovanni* <br> Francis DiGiovanni (#3189) <br> Thatcher A. Rahmeier (#5222) <br> 222 Delaware Avenue, Suite 1410 <br> Wilmington, DE 19801 <br> Tel: (302) 467-4200 <br> francis.digiovanni@dbr.com <br> thatcher.rahmeier@dbr.com <br><br> *Attorneys for Defendants Booking Holdings Inc., Kayak Software Corporation, Opentable, Inc., Priceline.com LLC* |
| **DESMARAIS LLP** <br><br> John M. Desmarais <br> Karim Z. Oussayef <br> Laurie Stempler <br> Robert C. Harrits <br> Brian Matty <br> Michael Matulewicz-Crowley <br> 230 Park Avenue <br> New York, NY 10169 <br> Tel: (212) 351-3400 <br><br> *Attorneys for Plaintiff International Business Machines Corporation* <br><br> Dated: October 29, 2019 <br> 6454971/42141 | **NORTON ROSE FULBRIGHT US LLP** <br><br> Richard S Zembek <br> Daniel S. Leventhal <br> Fulbright Tower <br> 1301 McKinney, Suite 5100 <br> Houston, TX 77010 <br> Tel: (713) 651-5283 <br><br> Marwan Elrakabawy <br> 98 San Jacinto Boulevard, Suite 1100 <br> Austin, TX 78701 <br> Tel: (512) 474-5201 <br><br> *Attorneys for Defendants Booking Holdings Inc., Kayak Software Corporation, Opentable, Inc., Priceline.com LLC* |

IT IS SO ORDERED this _____ day of _____, 2019.

_____
The Honorable Leonard P. Stark, Chief United States District Judge